UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

            Petitioners,                    24 **CIVIL** 6867 (GHW)

   -against-                        **JUDGMENT**

FLOOR EXPO, LTD.,

            Respondent.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 07, 2025, the petition to confirm the arbitration award is GRANTED. Judgment is entered for Petitioners in the amount of $20,964.30, plus prejudgment interest calculated at 10.50 percent per annum from May 2, 2024 through the date of judgment in the amount of $1,712.75, together with attorneys' fees in the amount of $5,117.50 and costs in the amount of $134.40. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full; accordingly, the case is closed.

**Dated**: New York, New York
       February 10, 2025

                                                     **TAMMI M. HELLWIG**

                                                         Clerk of Court

                                  BY:
                                                         Deputy Clerk